UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARLIN GRAY,

          Plaintiff,

  v.

TWITTER INC,

          Defendant.

CASE NO. 2:20-cv-01389 RAJ-BAT

**ORDER EXTENDING DEADLINES**

The parties, Plaintiff Darlin Gray and Defendant, Twitter, Inc., have stipulated to the extension of Twitter, Inc.'s deadline to respond to Plaintiff's Complaint and the parties' deadlines for a Rule 12(f) conference, initial disclosures, and combined joint status report. Dkt. 11. Finding that good cause exists, the Court **ORDERS** the following extensions:

|  | **Current Deadline:** | **NEW Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 10/14/2020 | **12/07/2020** |
| Deadline for FRCP 26(f) Conference | 11/18/2020 | **01/04/2021** |
| Deadline for Initial Disclosures pursuant to FRCP 26(a)(1) | 12/2/2020 | **01/15/2021** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | 12/16/2020 | **01/29/2021** |

DATED this 26th day of October, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER EXTENDING DEADLINES - 1