UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLIN GRAY,<br><br>                  Plaintiff,<br><br>  v.<br><br>TWITTER INC,<br><br>                  Defendant. | CASE NO. 2:20-cv-01389 RAJ-BAT<br><br>**ORDER GRANTING STIPULATED EXTENSION OF DEADLINES** |

Based on the Stipulation of Plaintiff Darlin Gray and Defendant Twitter, Inc. ("Twitter"), and Twitter's representation that it intends to file a motion to dismiss (Dkt. 15, p. 2), the Court **ORDERS** as follows:

    1.    Twitter shall file a motion to dismiss by **December 7, 2020** (and note it for consideration on February 11, 2021); Plaintiff's response is due by **January 21, 2021**; and Twitter's Reply is due by **February 11, 2021**;

    2.    Pending resolution of Twitter's forthcoming motion to dismiss, the following deadlines shall be stayed as follows:

        a)    The parties' FRCP 26(f) conference, initial disclosures, and the combined joint status report shall be **stayed** until thirty (30) days after this Court enters an order on Twitter's forthcoming motion to dismiss;

        b)    All discovery shall be **stayed** for thirty (30) days after this Court enters an order on Twitter's forthcoming motion to dismiss.

ORDER GRANTING STIPULATED
EXTENSION OF DEADLINES - 1

    c) The parties' deadline to file a motion for determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action shall be **stayed** until 120 days after resolution of Twitter's motion to dismiss.

3. During the thirty (30) days after this Court enters an order on Twitter's forthcoming motion to dismiss, the parties shall meet and confer with a view towards agreeing upon and proposing to the Court a schedule for any further proceedings in this matter, including specific dates or deadlines for the matters set forth in Paragraph 2 above.

  DATED this 19th day of November, 2020.

                _____
                BRIAN A. TSUCHIDA
                Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
EXTENSION OF DEADLINES - 2