# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DARLIN GRAY,<br><br>            Plaintiff,<br>      v.<br><br>TWITTER INC,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-1389 RAJ-BAT |

_____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant's motion to dismiss (Dkt. 17) Plaintiff's Class Action Complaint is **GRANTED**;

Plaintiff's Class Action Complaint is **dismissed with prejudice**.

Dated this _____ day of _____, 2021.

WILLIAM M. MCCOOL
Clerk of Court

_____
Deputy Clerk